[No. 36582-7-I.    Division One.    April 21, 1997.]

STEVE BOWEN, ET AL., *Appellants*, v. CORPORATE
PROPERTY INVESTORS, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 94-2-02334-9, Peter Jarvis, J., entered January 13 and April 21, 1995. *Reversed* by unpublished opinion per Cox, J., concurred in by Kennedy, A.C.J., and Becker, J.

[No. 36832-0-I.    Division One.    April 21, 1997.]

TRADE-INDUSTRIAL CENTRE "COTO," LTD.,
*Respondent*, v. AMHERST INTERNATIONAL, INC.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-03366-2, Sharon S. Armstrong, J., entered June 30, 1995. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Cox, JJ.

[No. 36874-5-I.    Division One.    April 21, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN
LEE WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00313-8, Linda C. Krese, J., entered June 22, 1995. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy, A.C.J., and Becker, J.

[No. 37393-5-I.    Division One.    April 21, 1997.]

C.R. CHURCHILL, ET AL., *as Trustees, Appellants*, v.
YOUNG DUCK CHOE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-14185-6, Charles W. Mertel, J., entered August 11 and September 25, 1995. *Reversed* by unpublished opinion per Kennedy, A.C.J., concurred in by Coleman and Webster, JJ.